JOHN MAPHET, APPELLANT, v. HUDSON AND MANHATTAN RAILROAD COMPANY, RESPONDENT.

Argued March 10, 1924—Decided April 25, 1924.

On appeal from the Supreme Court, whose opinion is reported in 98 *N. J. L.* 369.

For the appellant, *James A. Hamill.*

For the respondent, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, KALISCH, BLACK, KATZENBACH, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, JJ. 12.

*For reversal*—None.